1 **ELIZABETH M. BARROS**
California State Bar Number 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101
Telephone: (619) 234-8467, ext. 3701
4

5 Attorneys for Ms. Nelson

6

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10                           **(HONORABLE WILLIAM Q. HAYES)**

11 UNITED STATES OF AMERICA,          )   CASE NO. 07CR3271-WQH
                                      )
12             Plaintiff,             )
                                      )   **JOINT MOTION FOR MODIFICATION OF**
13 v.                                 )   **CONDITIONS OF PRETRIAL RELEASE**
                                      )
14 TRACY ANN NELSON,                  )
                                      )
15             Defendant.             )
                                      )
16

17     **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Elizabeth M. Barros, and
18 Federal Defenders of San Diego, counsel for Ms. Nelson, along with Assistant United States Attorney
19 Steve Miller, and United States Pretrial Services Officer Boris Ilic, that the conditions of pretrial release for
20 Tracy Ann Nelson be modified to allow her to travel to the Central District of California as long as she obtains
21 the consent of Pretrial Services and provides prior notification to Pretrial Services.

22     **IT IS FURTHER AGREED BETWEEN THE PARTIES**, Elizabeth M. Barros, and
23 Federal Defenders of San Diego, counsel for Ms. Nelson, along with Assistant United States Attorney
24 Steve Miller, and United States Pretrial Services Officer Boris Ilic, that Ms. Nelson's curfew be modified.
25 / / /
26 / / /
27 / / /
28 / / /

Ms. Nelson is currently subject to a 7:00 p.m. curfew. The parties request that Pretrial Services be granted the discretion to extend her curfew on occasion.

Respectfully submitted,

DATED:      March 28, 2008         /s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Nelson

DATED:      March 28, 2008         /s/ Steve Miller
**STEVE MILLER**
Assistant United States Attorney

DATED:      March 28, 2008         /s/ Boris Ilic
**BORIS ILIC**
United States Pretrial Services