1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Tracy Ann Nelson

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                         **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA,       )   Case No. 07CR3271-WQH-01
                                    )
12 |         Plaintiff,              )
                                    )
13 | v.                              )   **CERTIFICATE OF SERVICE**
                                    )
14 | TRACY ANN NELSON,               )
                                    )
15 |         Defendant.              )
   |_____)

17      Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                              U.S. Attorney CR
                            Efile.dkt.gc2@usdoj.gov

20                                            Respectfully submitted,

22 DATED:    March 28, 2008              /s/ Elizabeth M. Barros
                                         **ELIZABETH M. BARROS**
23                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Tracy Ann Nelson