1  ELIZABETH M. BARROS
   California State Bar Number 227629
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101
   Telephone: (619) 234-8467, ext. 3701
4
5  Attorneys for Ms. Nelson
6
7
8               UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10               (HONORABLE WILLIAM Q. HAYES)
11 UNITED STATES OF AMERICA,     )   CASE NO. 07CR3271-WQH
12         Plaintiff,            )
                                 )   ACKNOWLEDGMENT OF SELF-
13 v.                            )   SURRENDER DATE BY SURETIES AND
                                 )   REQUEST FOR MODIFICATION OF
14 TRACY ANN NELSON,             )   CONDITIONS OF BOND
                                 )
15         Defendant.            )
                                 )
16

17   We, Tamara Frances Slade and Neville Peter Slade, are the sureties in the case of United States v.
18 Tracy Ann Nelson, 07CR3271-WQH. We acknowledge that Tracy Ann Nelson has been sentenced to 12
19 months and 1 day in prison, to be followed by 3 years of supervised release. We understand that this Court
20 ordered Ms. Nelson to self-surrender by May 9, 2008 to serve her sentence. We do not object to that Order.
21   Furthermore, we have no objection to the conditions of her release being modified to permit her to
22 travel to the Central District of California with the approval of United States Pre-Trial Services or to her curfew
23 being modified or eliminated. Her current curfew is 7:00 p.m. We feel that her curfew should at least be
24 extended so that she can spend more time with her son before she self-surrenders (i.e. occasionally take him
25 to the movies).
26 DATED: 3/28/08                    _____
                                     TAMARA FRANCES SLADE
27
28 DATED: 3/28/08                    _____
                                     NEVILLE PETER SLADE