FILED
2008 APR -2 AM 8:16
CLERK US [...]
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       Plaintiff,  )<br>v.  )<br>TRACY ANN NELSON,  )<br>       Defendant.  ) | CASE NO. 07CR3271-WQH<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

**IT IS HEREBY ORDERED** that Defendant, Tracy Ann Nelson's pretrial release conditions be modified to allow travel to the Central District of California as long as Defendant obtains the consent of Pretrial Services and provides prior notification to Pretrial Services.

**IT IS FURTHER ORDERED** that Defendant, Tracy Ann Nelson's pretrial release conditions be modified to grant Pretrial Services discretion to extend her curfew.

**IT IS SO ORDERED.**

DATED: 4/1/08

HONORABLE WILLIAM Q. HAYES
United States District Court Judge